```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 09357
    SHERRY R BANKS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-4842

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/23/2007 and was confirmed 08/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    5.00%.

     The case was converted to chapter 7 after confirmation 06/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED          435.61             .00            .00
CITIMORTGAGE              CURRENT MORTG       .00               .00            .00
CITIMORTGAGE              MORTGAGE ARRE       .00               .00            .00
BALABAN FURNITURE         SECURED            1500.00          41.65            .00
BALABAN FURNITURE         UNSECURED          2523.77            .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC     17929.00         825.23        1930.32
REGIONAL ACCEPTANCE CORP  SECURED VEHIC       .00               .00            .00
REGIONAL ACCEPTANCE CORP  UNSECURED        NOT FILED            .00            .00
AMERICAN COLLECTION CO    UNSECURED        NOT FILED            .00            .00
BERRY TUCKER & ASSOC LTD  UNSECURED          825.00             .00            .00
BLATT HASENMILLER LEIBSK  UNSECURED        NOT FILED            .00            .00
CAVALRY                   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED          500.00             .00            .00
PREMIER BANKCARD          UNSECURED          314.96             .00            .00
PREMIER BANKCARD          UNSECURED          203.25             .00            .00
J J MACINTYRE CO          UNSECURED        NOT FILED            .00            .00
NICOR                     UNSECURED          291.98             .00            .00
PORTFOLIO ACQUISTIONS     UNSECURED        NOT FILED            .00            .00
VILLAGE OF BELLWOOD       UNSECURED          250.00             .00            .00
SEARS                     UNSECURED        NOT FILED            .00            .00
US DEPT OF EDUCATION      UNSECURED        14032.91             .00            .00
SBC                       UNSECURED          715.28             .00            .00
CITIMORTGAGE INC          NOTICE ONLY      NOT FILED            .00            .00
WELLS FARGO AUTO FINANCE  UNSECURED          688.03             .00            .00
NICOR GAS                 UNSECURED         1620.71             .00            .00
ILLINOIS STATE HIGHWAY A  UNSECURED        10026.30             .00            .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY       2,500.00                           .00
TOM VAUGHN                TRUSTEE                                           202.80
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09357 SHERRY R BANKS
```

```
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,000.00

PRIORITY                                                 .00
SECURED                                             1,930.32
    INTEREST                                          866.88
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                  202.80
DEBTOR REFUND                                            .00
                         ---------------        ---------------
TOTALS                   3,000.00                   3,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 09/08/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 07 B 09357 SHERRY R BANKS